ACCEPTED
01-15-00341-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 1:59:13 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00341-CV

IN THE

FIRST COURT OF APPEALS

Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/10/2015 1:59:13 PM

CHRISTOPHER A. PRINE
Clerk

ELIZABETH A. LOUSTEAU AND BRETT CLANTON

Defendants/Appellants,

v.

JAIME L. NORIEGA AND SONIA A. NORIEGA

Plaintiffs/Appellees.

Appeal from the 151st Judicial District Court
Harris County, Texas
No. 2013-35448

APPELLANTS' MOTION TO CONSOLIDATE AND MOTION FOR EXTENSION OF TIME

Marianne G. Robak, TBA 24048508
email: mgrobak@law-crg.com
1770 St. James Place, Suite 150
CERSONSKY, ROSEN & GARCIA, P.C.
Houston, Texas 77056
Tel: (713) 600-8500; FAX (713) 600-8585
ATTORNEYS FOR APPELLANTS,
ELIZABETH A. LOUSTEAU AND BRETT
CLANTON.

Appellants request that this Court consolidate this appeal, Appellate Court No. 01-15-00341-CV with the Appellate Court No. 01-15-00254-CV. The reason for consolidation is that the two appeals involve the a judgment rendered in 2014-14152 and certain actions taken by the trial court post-judgment, including a consolidation and a severance which caused the judgment to essentially be put into two cases, 2013-35448 and 2013-35448-B. Therefore, it was necessary to file two Notice of Appeal. That being said, the appeals involve the same judgment, the same facts, the same parties, the same law, and the same appellate issues. However all of the pleadings and court records are in the main case, 2013-35448 and the judgment being appealed is in 2013-35448-B. Therefore, these appellate cases should be consolidated.

Also, upon consolidation, this Court should permit the parties to rely on the clerk's records filed in both appeals for their briefs. Appellants' propose that the clerk's record filed in Appellate Court No. 01-15-00341-CV be considered volumes 1 and 2, and the clerk's record filed in Appellate Court No. 01-15-00254-CV be considered volumes 3 and 4.

Additionally, pursuant to Texas Rule of Appellate Procedure 10.5(b), Appellants request a ten (10) day extension of the due date on its brief that is due in this matter, which will encompass all appellate issues from both 01-15-00341-CV and 01-15-00254-CV case. While Appellants' are prepared to file their brief for the 01-15-00341-CV appeal by the due date, additional time will be needed to reflect the consolidation within the brief. Appellants request that its brief on both appeals now be due on Wednesday, July 22, 2015. No previous extension of the due date for Appellants' brief has been sought or granted.

Respectfully submitted,

*/s/ Marianne G. Robak*
Marianne G. Robak, TBA No. 24048508
mgrobak@law-crg.com
M. H. Cersonsky, State Bar: 04048500
mhcersonsky@law-crg.com
1770 Saint James Place, Suite 150
Houston, Texas 77056
Telephone: (713) 600-8500
Fax: (713) 600-8585

Attorneys for Defendants/Appellants,
Elizabeth A. Lousteau and Brett Clanton

## CERTIFICATE OF CONFERENCE

Defendants'/Appellants' attorney, Marianne G. Robak, attempted to contact Plaintiffs'/Appellees' attorney, SJ Swanson, to find out if she was opposed or unopposed to the filing of *Appellants' Motion to Consolidate and Motion for Extension of Time*. At the time of this filing, I have not received a response.

*/s/ Marianne G. Robak*
Marianne G. Robak

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served to opposing counsel of record, pursuant to Rule 21a(a)(1) of the Texas Rules of Civil Procedure, as indicated below on this 10th of July, 2015:

*Via electronic filing manager*
Sarahjane "SJ" Davidson Swanson
Swanson Law Firm, PLLC
310 Main, Ste. 201
Houston, TX 77056

*/s/ Marianne G. Robak*
Marianne G. Robak